NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**IDEAHUB INC.,**
*Appellant*

**v.**

**UNIFIED PATENTS, INC.,**
*Appellee*

---

2022-1626

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01338.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.


FOR THE COURT


April 21, 2022
    Date             /s/ Peter R. Marksteiner
                      Peter R. Marksteiner
                      Clerk of Court


**ISSUED AS A MANDATE:** April 21, 2022